January 10th, 2018

RECEIVED

2018 JAN 10 P 2: 26

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

RE: Case 1:17-cv-00830-CMH-IDD

To whom it may concern:

I **MARIA DIAZ CASTRO** am writing this letter to request a continuance of my hearing which is on January 12th, 2018 at 10:00am the reason I am requesting this, is because currently we are looking for a new attorney, Lawyer Robert Powers will no longer be the one who represents my case this is because I do not agree with the deal he was making with the Defendant lawyer. As I mentioned before now I am looking for a lawyer who will represent me in this case.

Sincerely,

*[signature]*

**MARIA DIAZ CASTRO**
**7425 Arlington Blvd Apt 304**
**Falls Church VA 22042**
**Phone: 703-258-2445**